UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 16-cv-02910-VC<br><br>**ORDER DISMISSING CASE** |

On June 6, 2016, the Court denied Hunter's application to proceed in forma pauperis and ordered him to file an amended application or pay the filing fee by June 27, 2016. Dkt. No. 4. The Court also warned him that failure to do so would result in dismissal of this action. *Id.* Hunter has neither filed an amended application nor paid the filing fee. Therefore, this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 12, 2016

_____
VINCE CHHABRIA
United States District Judge